No. 98–6184. WARREN v. CHAPTER 13 TRUSTEE'S OFFICE. C. A. 11th Cir. Certiorari denied.

No. 98–6194. HAGANS v. CLINTON, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–6221. MASON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 98–6226. BAAQAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6236. CARDINE v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6237. CANFIELD v. AMERICAN EUROCOPTER CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–6238. BRATTON v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 98–6239. FRANCIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6256. PORTER v. GENERAL SERVICES ADMINISTRATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–6264. GIBSON v. PENNSYLVANIA NATIONAL GUARD. C. A. 3d Cir. Certiorari denied.

No. 98–6270. DAVIDSON v. HENDERSON, POSTMASTER GENERAL. C. A. 4th Cir. Certiorari denied.

No. 98–6273. ROSENBERG v. DEPARTMENT OF THE AIR FORCE ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6274. SIKORA v. BOHN. Sup. Ct. Neb. Certiorari denied.

No. 98–6276. OMOSEFUNMI v. COBB ET AL. C. A. 1st Cir. Certiorari denied.